199 So. 916

**Will SMITH v. STATE.**

4 Div. 618.

Court of Appeals of Alabama.
Nov. 12, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal abated by death of appellant.

196 So. 905

**Virginia SMITH, alias Tyree, v. STATE.**

6 Div. 633.

Court of Appeals of Alabama.
April 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

195 So. 911

**Zadie Bell SMITH v. STATE.**

5 Div. 93.

Court of Appeals of Alabama.
March 26, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

192 So. 923

**SMITH & SUMMERFORD v. HARRY PARKER MOTOR CO.**

6 Div. 522.

Court of Appeals of Alabama.
Dec. 1, 1939.

PER CURIAM.
Appeal dismissed for want of prosecution.

192 So. 923

**Levert SNIPES v. STATE.**

6 Div. 497.

Court of Appeals of Alabama.
Dec. 19, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

192 So. 923

**Melvin SPARKS v. CITY OF TUSCALOOSA.**

6 Div. 585.

Court of Appeals of Alabama.
Dec. 1, 1939.

PER CURIAM.
Appeal dismissed for want of prosecution.